# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### DIVISION

Je Bryant Hudson                     )
　　　　　Plaintiff,                   )
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.                                   )     Case No. _____
　　　　　　　　　　　　　　　　　　)
Square Inc,                          )
　　　　　Defendant(s).               )
　　　　　　　　　　　　　　　　　　)

### MOTION FOR APPOINTMENT OF COUNSEL
### AND AFFIDAVIT IN SUPPORT


I, Je Bryant Hudson _____, hereby apply for appointment of Counsel. In support of my application I declare under penalty of perjury that the following facts are true:

(1)  I am the plaintiff in the above-entitled case and I believe I am entitled to redress.

(2)  Because of my poverty, I am unable to pay a reasonable attorney fee.

(3)  I have made diligent efforts to obtain legal counsel, but because of my poverty I have been unable to secure same. Following is a description of the efforts I have made:




I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 16th _____, 2020.


_____
Signature of Plaintiff