UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JE BRYANT HUDSON, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) )   No. 4:20-CV-1294 RLW |
| SQUARE, INC., | ) ) ) |
|     Defendant. | ) |

### ORDER OF PARTIAL DISMISSAL
### PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that, plaintiff's race discrimination claims under Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, 42 U.S.C. §§ 2000e, *et seq.*, are **DISMISSED**, without prejudice, against defendant Square, Inc. pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to exhaust administrative remedies.

**IT IS FURTHER ORDERED** that an appeal of this Order of Partial Dismissal would not be taken in good faith.

Dated this 28th day of September, 2020.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE