**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| JE BRYANT HUDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20-CV-1294 RLW |
| | ) | |
| SQUARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that Plaintiff Je Bryant Hudson's Complaint is **DISMISSED** with prejudice.

_Ronnie L. White_
**RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE**

Dated this 4th day of August, 2021.